# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **CHARLES C. GODEAUX** | **CIVIL ACTION NO. 18-0929** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MIKE TUBBS, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, with the exception of his claim against Warden Carl Patrick and Sheriff Mike Tubbs concerning the deprivation of incoming mail, as well as his claim against Defendants Goodson, Pennington, Patrick, and Tubbs concerning his lack of glasses, Plaintiff Charles C. Godeaux's claims are **DISMISSED**. The claims that Plaintiff lacks standing to pursue are dismissed **WITHOUT PREJUDICE**. The remaining claims subject to dismissal are dismissed **WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction [Doc. No. 3] and Motion for Appointment of Counsel [Doc. No. 6] are **DENIED**.

MONROE, LOUISIANA, this 13th day of November, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE