# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

CHARLES C. GODEAUX                    CASE NO. 3:18-CV-00929

VERSUS                               JUDGE TERRY A. DOUGHTY

MIKE TUBBS, ET AL.                   MAG. JUDGE KAREN L. HAYES

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections [Doc. No. 18] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, with the exception of his claim against Warden Carl Patrick and Sheriff Mike Tubbs concerning the deprivation of incoming mail, as well as his claim against Defendants Goodson, Pennington, Patrick, and Tubbs concerning his lack of glasses, Plaintiff Charles C. Godeaux's claims are **DISMISSED**. The claims that Plaintiffs lacks standing to pursue are dismissed **WITHOUT PREJUDICE**. The remaining claims subject to dismissal are dismissed **WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction [Doc. NO. 3] and Motion for Appointment of Counsel [Doc. No. 6] are **DENIED**.

**Monroe, Louisiana,** this 10th day of December, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**