# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | | |
|---|---|---|
| **CHARLES COFFERY GODEAUX** | * | **CIVIL ACTION NO. 3:18-cv-0929** |
| **vs.** | * | **JUDGE TERRY A. DOUGHTY** |
| **MIKE TUBBS ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' motion for summary judgment [Doc. No. 29] is **GRANTED** and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**, but with prejudice for the purpose of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Monroe, Louisiana, this 5th day of August, 2019.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**